IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN HOLLOWAY | : |
|         Plaintiff, | :   CIVIL ACTION |
| v. | :   NO.: 21-54 |
| DUBOIS REGIONAL MEDICAL CENTER d/b/a PENN HIGHLANDS DUBOIS, et al. | : |
|         Defendants. | : |

## ORDER

**AND NOW**, this 12th day of July 2022, upon consideration of Plaintiff's Motion to Extend Deadline to Respond to Defendant's Motion for Summary Judgment (ECF Doc. 36), it is hereby **ORDERED** that said Motion is **GRANTED**.

The deadline for Plaintiff to file an opposition to Defendant's motion is now **August 8, 2022**.

_____
The Honorable Stephanie L. Haines
United States District Judge